# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-2410-JLS |
| Plaintiff, | |
| vs. | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| JOSE MANUEL MARTINEZ-CHAVEZ, | |
| Defendants. | |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting in this matter be continued from October 1, 2021 at 1:30 p.m. to November 12, 2021 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by October 8, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  September 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge